NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**TASER INTERNATIONAL, INC., nka Axon Enterprise, Inc.,**
*Plaintiff-Appellee*

**v.**

**PHAZZER ELECTRONICS, INC.,**
*Defendant*

**STEVEN ABBOUD,**
*Defendant-Appellant*

———————————

2025-2138

———————————

Appeal from the United States District Court for the Middle District of Florida in No. 6:16-cv-00366-PGB-LHP, Judge Paul G. Byron.

———————————

**ON MOTION**

———————————

PER CURIAM.

**O R D E R**

2  TASER INTERNATIONAL, INC. v. PHAZZER ELECTRONICS, INC.

Upon consideration of Taser International, Inc.'s "Notice Regarding Duplicative Appeal"[1] and appellant's response to this court's October 14, 2025 order stating he "appealed the . . . district court case to the United States Court of Appeals for the 11th Circuit and not this United States Court of Appeal[s] for the Federal Circuit," ECF No. 8 at 3,

IT IS ORDERED THAT:

The appeal is dismissed, with each side to bear its own costs.

FOR THE COURT

November 25, 2025
Date

Jarrett B. Perlow
Clerk of Court

---

[1]  Taser urges dismissal, noting that appellant's notice of appeal was directed to the United States Court of Appeals for the Eleventh Circuit and the district court has already transmitted the appeal to that court.